IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                          CRIMINAL 12-0434CCC

1) MARIBEL RODRIGUEZ-FRAGOSO
2) ANGEL HERNANDEZ-NUÑEZ
3) VICTOR GONZALEZ-CRUZ
**4) JOSE DAVID SANJURJO-CARILLO**
5) ALEXANDER CALDERON-LOPEZ
6) CARLOS NATAL-SILVA
7) FELIX AQUINO-HIRALDO
8) JOSE CASTRO-ARROYO
9) CHRISTIAN ESCALERA-RODRIGUEZ
10) EDWIN SAMUEL LISBOA-GARCIA
11) JOSE E. NAVARRO-RIVERA
12) LUIS D. VAZQUEZ-RIVERA
13) NICOLAS RIVERA-LUCIANO
14) LUIS AYALA-HERRERA
15) MARIO MACEIRA-ESPIRITUSANTO
16) HUGO E. OQUENDO-ALEJANDRO
17) GERARDO I. BETANCOURT-ESTRELLA
18) NELSON ORTIZ-CHERVONY
19) ORSI GERMAN RODRIGUEZ-
CONTRERAS
20) RUDOLFO TORRES-CORTES
21) JOSE OMAR CARABALLO-NIEVES
22) EUGENE A. ROMERO-SANTIAGO
23) ANGEL L. MORALES-SEDA
24) ARMANDO MEDINA-GUZMAN
25) JESUS MANUEL LAUREANO-PEREZ

Defendants

**ORDER**

Having considered the Report and Recommendation filed on October 18, 2013 (**docket entry 656**) on a Rule 11 proceeding of defendant [4] José David Sanjurjo-Carrillo held before U.S. Magistrate Judge Bruce J. McGiverin on October 17 2013, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

CRIMINAL 12-0434CCC                              2

     This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since October 17, 2013. The **sentencing hearing is set for February 11, 2014 at 4:15 PM**.

     SO ORDERED.

     At San Juan, Puerto Rico, on November 4, 2013.


                                        S/CARMEN CONSUELO CEREZO
                                        United States District Judge